**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION**

**CIVIL NO. 1:06CR35**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| **ORESTES IGNACIO ALEMAN** | ) | |

**THIS MATTER** is before the Court on the Defendant's motion for a writ of *habeas corpus ad testificandum*. The motion is granted in part and denied in part.

The Government has advised that Bruce Lee Richardson is available as a witness. Thus, the issuance of a writ is unnecessary. As to Alberto Aleman, the Court will grant the writ but counsel is admonished in the future to abide by the arraignment and discovery orders which require such motions to be timely filed.

**IT IS, THEREFORE, ORDERED** that the Defendant's motion for a writ of *habeas corpus ad testificandum* is **DENIED** as to Bruce Lee Richardson and **ALLOWED** as to Alberto Aleman.

A writ for Alberto Aleman is issued herewith.

Signed: July 11, 2006

Lacy H. Thornburg
United States District Judge