# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

## CRIMINAL NO.  1:06CR35

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **ORESTES IGNACIO ALEMAN** | ) | |
| | ) | |

**THIS MATTER** is before the Court on the Defendant's motion in limine.  The Court will reserve ruling on the motion until such time as the evidence may be offered.

**IT IS, THEREFORE, ORDERED** that a ruling on the Defendant's motion in limine is hereby **DEFERRED.**

Signed: July 14, 2006

Lacy H. Thornburg
United States District Judge